## United States Bankruptcy Court
### Middle District of Florida

In re   Yvonne K Tufford                                               Case No.
                                    Debtor(s)                          Chapter    7

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned,   Yvonne K Tufford  , declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_/s/ Yvonne K Tufford_
Yvonne K Tufford
Signature of Debtor
or other claimant

### Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Petition | 1/28/09 |
| Statement of Social Security | 1/28/09 |
| Schedules | 1/28/09 |
| Statement of Financial Affairs | 1/28/09 |
| Statement of Intention | 1/28/09 |
| Form 22A | 1/28/09 |