**[6237ord1]** [ORDER APPROVING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                            Case No. 6:09−bk−01137−KSJ
                                                                  Chapter 7

Yvonne K Tufford
aka Yvonne T. Jones
167 Lakeside Circle
Sanford, FL 32773


_____Debtor(s)_____/


ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION

   It appearing to the Court that Gene T Chambers, trustee in the above entitled case has filed a final report of no distribution and that said trustee has performed all other required duties in the administration of this estate.. Accordingly it is:

   ORDERED:

   1. The report of the trustee is hereby approved and that the estate is closed.

   2. The trustee is discharged and relieved of her/his trust.

   3. All deficient pleadings that have not been cured are considered moot.


   DONE AND ORDERED on July 28, 2009 .


_____
Karen S. Jennemann
United States Bankruptcy Judge